# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2107

_____

| | | |
|---|---|---|
| Guillermo Quinones, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| T. C. Outlaw, Warden, FCI | * | |
| Forrest City, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: February 5, 2010
Filed: February 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Guillermo Quinones, a federal inmate currently incarcerated in Arkansas, appeals the district court's[1] denial of relief under 28 U.S.C. § 2241. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.